934

No. 78–910. Occidental of Umm Al Qaywayn, Inc. v. Cities Service Oil Co. et al. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 78–1281. Iowa Beef Processors, Inc. v. Smith. C. A. 8th Cir. Motion of petitioner for preliminary injunction denied.

No. 78–5420. Payton v. New York; and
No. 78–5421. Riddick v. New York. Ct. App. N. Y. [Probable jurisdiction noted, 439 U. S. 1044.] Motion of appellee for additional time for oral argument denied.

No. 78–6106. Ryan et al. v. United States Court of Appeals for the Seventh Circuit. Motion for leave to file petition for writ of mandamus denied. Mr. Justice Stevens took no part in the consideration or decision of this motion.

No. 78–1076. Rhode Island v. Innis. Sup. Ct. R. I. Certiorari granted. 

No. 78–5705. Trammel v. United States. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. 

No. 78–739. General Motors Corp. v. United States. C. A. 6th Cir. Certiorari denied. 

No. 78–865. Peoples Savings & Loan Association of Chillicothe v. Christison, Trustee in Bankruptcy. C. A. 7th Cir. Certiorari denied.